*United States District Court for the Northern District of Illinois*

Case Number: 08cv504    Assigned/Issued By: j. n.

Judge Name: DER-YEGHIAYAN    Designated Magistrate Judge: COX

**FEE INFORMATION**

*Amount Due:* ☑ $350.00  ☐ $39.00  ☐ $5.00
☐ IFP  ☐ No Fee  ☐ Other _____
☐ $455.00

Number of Service Copies _____    Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350    Receipt #: 2484484

Date Payment Rec'd: 1-23-08    Fiscal Clerk: J. N.

**ISSUANCES**

☑ Summons    ☐ Alias Summons
☐ Third Party Summons    ☐ Lis Pendens
☐ Non Wage Garnishment Summons    ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons    _____
☐ Citation to Discover Assets    (Victim, Against and $ Amount)
☐ Writ _____
(Type of Writ)

1 Original and 0 copies on 1-23-08 as to DEFENDANT
(Date)

C:\wpwin80\docket\feeinfo.frm    03/14/05