AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Laborers' Pension Funds et al.,

V.

Precise Building Corp.

CASE NUMBER: **08 C 504**

ASSIGNED JUDGE: **JUDGE DER-YEGHIAYAN**

DESIGNATED
MAGISTRATE JUDGE: **MAGISTRATE JUDGE COX**

TO: (Name and address of Defendant)

Precise Building Corp.
Registered Agent
Jack L. Haan
20 N. Wacker Dr., Suite 2900
Chicago, IL 60606

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Karen I. Engelhardt
Allison, Slutsky & Kennedy,P.C.
230 W. Monroe Street, Suite 2600
Chicago, IL 60606

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

_Jacqueline Holleman_

**(By) DEPUTY CLERK**

**January 23, 2008**

**Date**

AO 440  (Rev. 05/00)  Summons in a Civil Action

<table>
<tr><td colspan="3"><b>RETURN OF SERVICE</b></td></tr>
<tr><td>Service of the Summons and complaint was made by me<sup>(1)</sup></td><td>DATE</td><td>February 14, 2008</td></tr>
</table>

| | |
|---|---|
| **RETURN OF SERVICE** | |

| Service of the Summons and complaint was made by me[1] | DATE | February 14, 2008 |
|---|---|---|
| NAME OF SERVER *(PRINT)* <br> Michael Andre Smith | TITLE | Special Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☒ Other (specify):   Personally handed the summons and complaint to Ms. Caroline Frede, Receptionist for Jack L. Hann (R.A. for the defendant  Precise Building Corporation). Service was effected at 20 N. Wacker Dr., Suite 2900, Chicago, IL  60606, on February 14, 2008 at 4:20 p.m.

---

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

---

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____  _____
                     *Date*                *Signature of Server*

                                                   *Address of Server*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.