## <u>CERTIFICATE OF SERVICE</u>

I certify that on February 29, 2008, I caused to be served via the Court's electronic filing system the foregoing Appearance on all parties of record.

Wesley G. Kennedy, Esq.
kennedy@ask-attorneys.com
Karen I. Engelhardt, Esq.
kie@ask-attorneys.com
N. Elizabeth Reynolds, Esq.
Reynolds@ask-attorneys.com
Allison, Slutsky & Kennedy, P.C.
230 West Monroe Street
Chicago, IL 60606


/s/ Robert H. Brown
Robert H. Brown