IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LABORERS' PENSION FUND, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Case No. 08 C 504 |
| PRECISE BUILDING CORP. | ) Judge Der-Yeghiayan |
| Defendant. | ) ) |

### AFFIDAVIT OF ROCCO MARCELLO

STATE OF ILLINOIS )
) 
COUNTY OF COOK )

Rocco Marcello being first duly sworn on oath, deposes and states as follows:

1. I am a Field Representative employed by the Laborers' Pension Fund and Laborers' Welfare Fund of the Health and Welfare Department of the Construction and General Laborers' District Council of Chicago and Vicinity (the "Laborers' Funds"), the plaintiffs in the above referenced action. My responsibilities include oversight of the collection of amounts owed by Precise Building Corporation.

2. Since before November 1, 2003 through the present, the Laborers' Funds have been administered from an office at 11465 Cermak Road in Westchester, a village in Cook County, Illinois.

FURTHER AFFIANT SAYETH NOT.

_____
Rocco Marcello

Subscribed and sworn to before me
this 24 day of March 2008.

_____
NOTARY PUBLIC

"OFFICIAL SEAL"
Susan M. Diforti
Notary Public, State of Illinois
My Commission Expires Oct. 5, 2008