# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Laborers' Pension Fund, et al.

Plaintiff,

v.

Case No.: 1:08–cv–00504
Honorable Samuel Der–Yeghiayan

Precise Building Corp.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 27, 2008:

MINUTE entry before Judge Honorable Samuel Der–Yeghiayan: The parties having advised the Court that they consent to proceed before the Magistrate Judge, status hearing set for 03/27/08 is stricken. Counsel are directed to provide this Court's Courtroom Deputy with the Consent to Exercise Jurisdiction by a United States Magistrate Judge form by close of business on 03/28/08. Status hearing to be reset by the Magistrate Judge. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.