IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LABORERS' PENSION FUND, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 08 C 504 |
| PRECISE BUILDING CORP. | ) |
| Defendant. | ) Magistrate Judge Cox |

### STIPULATION OF DISMISSAL

The parties, by their attorneys, file this notice of voluntary dismissal, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Wherefore, the parties request that this cause be dismissed with prejudice, with leave to reinstate within 45 days in the event that the check issued by Defendant to settle this case is returned by the bank.

/s/ Josiah A. Groff
On behalf of Plaintiffs

Josiah A. Groff
Karen I. Engelhardt
Allison, Slutsky & Kennedy, P.C.
230 West Monroe
Suite 2600
Chicago, Illinois 60606
(312) 364-9400

/s/ Robert H. Brown
On behalf of Defendant

Robert H. Brown
Laner, Muchin
515 North State
Suite 2800
Chicago, Illinois 60610
(312) 467-9800

May 22, 2008