## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
## Eastern Division

Laborers' Pension Fund, et al.
                            Plaintiff,

v.                                                        Case No.: 1:08−cv−00504
                                                                Honorable Susan E. Cox

Precise Building Corp.
                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 23, 2008:

      MINUTE entry before the Honorable Susan E. Cox: Status hearing set for 5/27/08 at 9:30 a.m. is stricken. Parties having filed a stipulation of dismissal, the above−entitled action is dismissed with prejudice.Civil case terminated. Mailed notice(vkd, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.